IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MYTORI MUSE,

    Petitioner,

      v.

ERIC LEVETT
WARDEN, ROCKDALE COUNTY
JAIL,

    Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-1190-TWT

**ORDER**

This is a pro se habeas corpus  action.  It is before the Court on the Report and

Recommendation [Doc. 18] of the Magistrate Judge recommending dismissing the

action for failure to exhaust state remedies.   The Court approves and adopts the

Report and Recommendation as the judgment of the Court. This action is

DISMISSED without prejudice. No Certificate of Appealability will be issued.

SO ORDERED, this 3 day of November, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Muse\r&r.wpd